# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00656-CV

### In re Debra Sue Bryson

### ORIGINAL PROCEEDING FROM BLANCO COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). Relator's motion for temporary emergency relief is also denied.

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Filed: January 6, 2022